W. Kirk Moore, Esq. SBN 244764
Law Offices of W. Kirk Moore
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**Murika Erving,**<br><br>      Debtor. | Case No. **16-52044 MEH13**<br>Chapter 13<br><br>STATEMENT OF NON OPPOSITION<br>[11 U.S.C.§362]<br>Hearing Date and Time:<br>**September 30, 2016 at 1:00 PM**<br>Courtroom **3020** |

      Murika Erving, the debtor(s) herein, does not oppose the motion for relief from stay filed by Regional Acceptance Corporation regarding 2010 Volkswagen Tiguan.

Dated this September 2, 2016

/s/W. Kirk Moore
W. Kirk Moore, Esq.
Attorney for Debtor